

NUMBER 13-20-00100-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF C.C.M., C.M., C.C.M., C.C.M., CHILDREN

On appeal from the County Court at Law
of Aransas County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes
Memorandum Opinion by Chief Justice Contreras**

This is an appeal of the trial court's order dated January 6, 2020, terminating the parental rights of R.M. (Father) to four minor children. On January 17, 2020, the Clerk of this Court notified Father that the purported pro se notice of appeal did not contain his signature and advised Father that, if the defect is not corrected, the matter will be referred to the Court for further action. *See* TEX. R. APP. P. 9.1(b), 37.1, 42.3(b), (c). More than thirty days have passed since the Clerk's notice, and Father has not filed a corrected notice of appeal or otherwise responded to the Clerk's notice.

An appellate court may dismiss a civil appeal for want of prosecution or failure to comply with a notice from the clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3(b), (c). In light of the foregoing, and mindful of the expedited deadlines and procedures that apply to parental termination appeals, *see* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a), we conclude the appeal should be dismissed.

Accordingly, the appeal in cause number 13-20-00100-CV is hereby DISMISSED for want of prosecution and failure to comply with a notice from the Court. *See* TEX. R. APP. P. 42.3(b), (c).

DORI CONTRERAS
Chief Justice

Delivered and filed the
20th day of February, 2020.